FILED

09 SEP -1 AM 9: 13



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 09 80 173 MISC

Gregory David Suski - #154242

_____/

VRW

**ORDER TO SHOW CAUSE**

It appearing that Gregory David Suski has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gregory David Suski
Attorney at Law
1000 4th Street, #875
San Rafael, CA 94901