FILED

NOV 09 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Gregory David Suski,

    State Bar No 154242

No CV-09-80173 MISC VRW

ORDER

/

    On September 1, 2009, the court issued an order to show cause (OSC) why Gregory David Suski should not be removed from the roll of attorneys authorized to practice law before this court based upon his inactive enrollment as a member of the State Bar of California due to MCLE non-compliance, effective July 1, 2009. The OSC was mailed to Mr. Suski's address of record with the State Bar on September 1, 2009. Mr. Suski filed no response.

    The California State Bar web site indicates that Mr. Suski is on active status as of May 15, 2009, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Gregory David Suski,

_____/

Case Number: C09-80173   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory David Suski
1000 4th Street #875
San Rafael, CA 94901

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*